08-CV-05723-ORD

FILED / LODGED / RECEIVED
MAR 25 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES ALLEN KNIGHTEN<br><br>Plaintiff,<br><br>v.<br><br>GAVILON, LLC<br><br>Defendant. | No.: C08 5723 RBL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION**<br><br>**NOTE ON MOTION CALENDAR:**<br>**March 19, 2009** |

Pro se plaintiff Charles Knighten and defendant Gavilon, LLC ("Gavilon"), by and through its attorneys of record, stipulate as follows.

1. The parties wish to resolve this matter short of trial, but based on the parties' good faith discussions to date, the parties do not believe settlement discussions will be fruitful without a neutral third party to mediate.

2. Private mediation would be costly and hinder the parties' ability to resolve the matter, particularly in view of plaintiff's pro se status.

3. Therefore, the parties jointly move the Court to appoint a Magistrate Judge from the Western District of Washington, under Local Civil Rule 39.1(c) to mediate this matter.

STIPULATED MOTION AND [PROPOSED] ORDER REFERRING
CASE TO MAGISTRATE JUDGE FOR MEDIATION - 1
(CASE NO. C08 5723 RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

RESPECTFULLY SUBMITTED this 19th day of March, 2009.

| JACKSON LEWIS LLP | PRO SE |
|---|---|
| By /s/ *Michael A. Griffin* | By /s/ *Charles A. Knighten* |
| Michael A. Griffin, WSBA #29103<br>Sarah R. Capelli, WSBA #35930<br>Attorneys for Defendant<br>600 University Street, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-405-0404<br>Fax: 206-405-4450<br>E-mail: griffinm@jacksonlewis.com;<br>capellis@jacksonlewis.com | Charles Knighten<br>Plaintiff<br>1028 King Road<br>Winlock, WA 98596<br>Telephone: 360-785-3240<br>Fax: 360-880-1508<br>E-mail: knighten@ranchbandb.com |

STIPULATED MOTION AND [PROPOSED] ORDER REFERRING
CASE TO MAGISTRATE JUDGE FOR MEDIATION - 2
(CASE NO. C08 5723 RBL)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

# ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that this matter be referred to Magistrate Judge **J. RICHARD CREATURA** from the Western District of Washington for mediation under Local Civil Rule 39.1(c).

DATED this 25th day of March, 2009.

*/s/ Ronald B. Leighton*
The Honorable Ronald B. Leighton

Presented by:

JACKSON LEWIS LLP

By /s/ *Michael A. Griffin*

Michael A. Griffin, WSBA #29103
Sarah R. Capelli, WSBA #35930
Attorneys for Defendant
600 University Street, Suite 2900
Seattle, WA 98101
Telephone: 206-405-0404
Fax: 206-405-4450
E-mail: griffinm@jacksonlewis.com;
capellis@jacksonlewis.com

Approved as to Form; Notice of Presentation Waived:

PRO SE

By /s/ *Charles A. Knighten*

Charles Knighten
Plaintiff
1028 King Road
Winlock, WA 98596
Telephone: 360-785-3240
Fax: 360-880-1508
E-mail: knighten@ranchbandb.com

STIPULATED MOTION AND [PROPOSED] ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION - 3
(CASE NO. C08 5723 RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404